IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                              CRIMINAL CASE NO.: 1:13-CR-115-SA

MILES LLOYD TAYLOR                                                    DEFENDANT

ORDER

Now before the Court is Miles Lloyd Taylor's *pro se* Motion for Early Termination of Supervised Release [34].

After being indicted on July 24, 2013, Taylor eventually pled guilty to possession of a firearm as a convicted felon and possession of a firearm in furtherance of a drug trafficking crime. His sentencing hearing was held on November 4, 2014, at which time the Court sentenced him to serve a term of imprisonment of 120 months to be followed by 3 years on supervised release. His term of supervision commenced in July 2023 and is set to expire in July 2026.

"[T]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]" 18 U.S.C. § 3583(e)(1). District courts retain broad discretion under Section 3583(e)(1). *See U.S. v. Pittman*, 2020 WL 6564724, at *2 (N.D. Tex. Nov. 9, 2020) (citing *U.S. v. Jeanes*, 150 F.3d 483, 484 (5th Cir. 1998)).

Taylor has had no issues while on supervised release. The United States Probation Service advises the Court that Taylor has maintained steady employment, passed all drug tests, and otherwise been in full compliance since the commencement of his supervised release term. The

United States Probation Service does not oppose early termination. Likewise, the Government has not filed any response opposing Taylor's request.

Recognizing that Taylor has fully complied with all terms of his supervision and only has approximately 2.5 months remaining on the imposed term, the Court finds it appropriate to terminate his supervision. The Motion [34] is GRANTED. The Defendant's previously-imposed term of supervised release is hereby TERMINATED.

SO ORDERED, this the 24th day of April, 2026.

/s/ Sharion Aycock
SENIOR UNITED STATES DISTRICT JUDGE